**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

Randy Marcus et al
               Plaintiffs

    V.

Forest Pharmaceuticals, Inc. et al          NO.13-cv-11343-NMG
               Defendants

**ORDER OF DISMISSAL**

GORTON, D. J.

    In accordance with the Court's Order dated 3/5/2014, (Docket No. 28), granting the Defendant's Motion to Dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                        By the Court,

3/5/2014                         /s/ Kellyann Moore
Date                            Deputy Clerk