## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CELEXA AND LEXAPRO MARKETING ) | MDL No.: 2067 |
| AND SALES PRACTICES LITIGATION ) | |
| ) | Master Docket No. |
| THIS DOCUMENT RELATES TO: ) | 09-MD-2067 |
| ) | |
| RANDY and BONNIE MARCUS, on behalf of ) | Judge Nathaniel M. Gorton |
| themselves and all other persons similarly ) | |
| situated ) | No.: 13-CV-11343 (NMG) |
| ) | |
| Plaintiffs, ) | |
| ) | **PLAINTIFFS' NOTICE** |
| v. ) | **OF APPEAL** |
| ) | |
| FOREST LABORATORIES, INC. and ) | |
| FOREST PHARMACEUTICALS, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Randy and Bonnie Marcus, on behalf of themselves and all other persons similarly situated, plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from The District Court's Order, entered in this case on the 5th day of March, 2014 (Docket No. 29), and all interlocutory orders that gave rise to that Order, including but not limited to, the District Court's Order granting defendants, Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc.'s (collectively hereinafter as "Forest") Motion to Dismiss, entered in this case on the 5th day of March, 2014 (Docket No. 28).

Dated:  March 17, 2014

Respectfully submitted,

/s/ R. Brent Wisner
Michael L. Baum, Esq.
R. Brent Wisner, Esq.
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile:  (310) 820-7444

Christopher L. Coffin, Esq.
Nicholas R. Rockforte, Esq.
David M. Hundley, Esq.
PENDLEY, BAUDIN & COFFIN, L.L.P.
1515 Poydras St., Suite 1400
New Orleans, LA 70112
Telephone: (225) 687-6396
Facsimile: (225) 687-6398

*Attorneys for Plaintiffs*
*RANDY and BONNIE MARCUS, on behalf*
*of themselves and all other persons similarly*
*situated*

**CERTIFICATE OF SERVICE**

I, R. Brent Wisner, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 17, 2014.

/s/ R. Brent Wisner
R. Brent Wisner, Esq.